United States District Court
Southern District of Texas
**FILED**

JUL 2 4 2018

David J. Bradley, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CRIMINAL NO. **B-18-545** |
| RONALD LEE ROBI | § | |

### INDICTMENT

THE GRAND JURY CHARGES:

#### COUNT ONE

On or about June 26, 2018, in the Southern District of Texas, the defendant,

**RONALD LEE ROBI,**

having been convicted on July 2, 2008 of a crime punishable by imprisonment for a term exceeding one year, Theft in the Second Degree (deception) in Cause number FERCR078789 in the Iowa District Court of Johnson County, Iowa did knowingly possess in and affecting interstate commerce a firearm, that is one Smith and Wesson model SW99 pistol, 40 caliber, bearing serial number SAF9225, said firearm having been shipped in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

#### COUNT TWO

On or about June 26, 2018, in the Southern District of Texas, the defendant,

**RONALD LEE ROBI,**

having been convicted on July 2, 2008 of a crime punishable by imprisonment for a term exceeding one year, Theft in the Second Degree (deception) in Cause number FERCR078789 in the Iowa District Court of Johnson County, Iowa did knowingly possess in and affecting interstate commerce a firearm, that is one Smith and Wesson model

SW40F pistol, 40 caliber, bearing serial number PAA9598, said firearm having been shipped in interstate commerce.

In violation of Title 18, United States Code Sections 922(g)(1) and 924(a)(2).

### COUNT THREE

On or about June 26, 2018, in the Southern District of Texas, the defendant,

**RONALD LEE ROBI**,

having been convicted on July 2, 2008 of a crime punishable by imprisonment for a term exceeding one year, Theft in the Second Degree (deception) in Cause number FERCR078789 in the Iowa District Court of Johnson County, Iowa did knowingly possess in and affecting interstate commerce a firearm, that is one Bushmaster rifle, model XM 15-E2S, caliber .223-5.56, bearing serial number L369415, said firearm having been shipped in interstate commerce.

In violation of Title 18, United States Code Sections 922(g)(1) and 924(a)(2).

### COUNT FOUR

On or about June 26, 2018, in the Southern District of Texas, the defendant,

**RONALD LEE ROBI**,

having been convicted on July 2, 2008, of a crime punishable by imprisonment for a term exceeding one year, Theft in the Second Degree (deception) in Cause number FERCR078789 in the Iowa District Court of Johnson County, Iowa did knowingly possess in and affecting interstate commerce ammunition, that is 66 rounds of 40 caliber ammunition and 108 rounds of other assorted ammunition, said ammunition having been shipped in interstate commerce.

In violation of Title 18, United States Code Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
HOLLY A. D'ANDREA
Assistant United States Attorney